IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG S.A., <br><br>　　　　*Plaintiffs*, <br><br>v. <br><br>KIK INTERACTIVE, INC., <br><br>　　　　*Defendant*. | § § § § § § § § § § § §　Case No. 2:17-cv-00346-JRG-RSP <br>　Case No. 2:17-cv-00481-JRG-RSP |

## ORDER

　　Kik Interactive moves to stay the above captioned cases pending resolution of inter partes review (IPR). Dkt. No. 31 in Case No. 2:17-cv-481; Dkt. No. 24 in Case No. 2:17-cv-346. Kik contends that the majority of the asserted claims of three asserted patents are now subject to instituted IPR proceedings, and an additional 21 IPR petitions awaiting an institution decision address the remaining claims from the three other asserted patents. Uniloc has not responded to Kik's motion, and the time to do so has now passed. *See* Dkt. No. 37 in Case No. 2:17-cv-481.

　　Because a stay would simplify if not resolve the issues and because a stay pending IPR has previously been entered in cases involving the same six patents-in-suit, a stay is warranted in these cases. *See Uniloc USA, Inc. v. Samsung Electronics Am., Inc.*, 2:16-cv-642-JRG, Dkt. No. 268 (E.D. Tex. June 13, 2017); *Uniloc USA, Inc. v. Avaya*, 6:15-cv-01168-JRG, Dkt. No. 231 (E.D. Tex. June 13, 2017). Accordingly, Kik's motions for a stay, Dkt. Nos. 31 (in -481 case) and 24 (in -346 case), are granted. The parties are order to file a status report within fourteen days of the conclusion of all PTAB proceedings.

　　**SIGNED this 30th day of January, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE